**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Suite 700
Newport Beach, California   92660
Telephone:  (949) 720-1288
Facsimile: (949) 720-1292

Attorneys for Plaintiff, Mark Wagner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **CASE NO.  C 06-2759 (CRB)**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| **MARK WAGNER,**<br><br>          **Plaintiff,**<br><br>vs.<br><br>**G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,**<br><br>          **Defendants.** | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **MARK WAGNER** and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

2  fees and costs.

3

4

5    DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6                                      By: *Mark P. Robinson, Jr.*

7                                      MARK P. ROBINSON, JR.
                                       Attorneys for Plaintiff Mark Wagner

8

9
      DATED:   Oct. 22   , 2009         DLA PIPER LLP (US)
10

11                                     By:   /s/
                                       Matt Holian
12                                     Attorneys for Defendants

13

14

15    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
      IT IS SO ORDERED.**
16

17
      Dated:   **OCT 2 8 2009**
18                                     Hon. Charles R. Breyer
                                       United States District Court
19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
EAST\42531961.1